# Third District Court of Appeal

## State of Florida

Opinion filed January 30, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1344
Lower Tribunal Nos. 11-31129, 11-31130, 12-2363, & 12-4133
_____

**Noe Boo, a.k.a. Noel Diaz,**
Petitioner,

vs.

**The State of Florida,**
Respondent.


A Case of Original Jurisdiction—Habeas Corpus.

Noe Boo, a.k.a. Noel Diaz, in proper person.

Pamela Jo Bondi, Attorney General, and Jacob Addicott, Assistant Attorney General, for respondent.


Before SHEPHERD, C.J., and LAGOA and SCALES, JJ.

PER CURIAM.

Petitioner's emergency writ of habeas corpus is dismissed without prejudice. See Salazar v. State, 892 So. 2d 545, 547 (Fla. 3d DCA 2005) ("If an inmate believes that the Department has not granted correct credit . . . then the inmate must seek relief through the inmate grievance procedure. After exhausting available remedies through the inmate grievance procedure, if the inmate believes that the Department's ruling was incorrect, the inmate may then file a petition for writ of mandamus directed to the Department of Corrections.") (citations omitted).[1]

---

[1] We encourage the trial court and the State to promptly forward the DOC a copy of the "2nd Amended Order Granting Nun [sic] Pro Tunc and Denied [sic] in Part Defendant's Motion for Correction of Jail Sentence/Credit Dated November 26, 2013" entered by the trial court on January 28, 2015.